

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2022

No. 04-22-00293-CR

Jenna K. **LEWIS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR191052
Honorable Susan Harris, Judge Presiding

## O R D E R

Appellant's brief originally was due on August 10, 2022.  On August 3, 2022, appellant filed a motion requesting a sixty-day extension of time.  The motion is GRANTED IN PART and DENIED IN PART.  Appellant is ORDERED to file his brief **no later than September 9, 2022**.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court